# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4169

_____

Rebecca Rolfes, an individual, and     *
all others similarly situated,     *
    *
    Appellant,     *
    *
    v.     *    Appeal from the United States
    *    District Court for the
MBNA America Bank, N.A., an     *    District of South Dakota.
enterprise affecting interstate     *
commerce; Clifton Rodenburg, an     *     [UNPUBLISHED]
individual predicate actor in schemes     *
violating federal laws providing that     *
fraud and extortion are malum in se     *
offenses; Donald W. Kallenberger,     *
an individual predicate actor in     *
schemes violating federal laws     *
providing that fraud and extortion     *
are malum in se offenses; Lee D.     *
Anderson, an individual predicate     *
actor in schemes violating federal     *
laws providing that fraud and     *
extortion are malum in se offenses,     *
    *
    Appellees.     *

_____

Submitted: March 7, 2007
Filed: March 27, 2007

_____

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

PER CURIAM.

Rebecca Rolfes appeals the district court's[1] dismissal of her civil complaint. Having conducted de novo review of the dismissal, and having accepted the facts in the complaint as true and construing them in Rolfes's favor, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we find the district court's analysis to be thorough and well-reasoned, and we reject Rolfes's arguments for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

––––––––––––––––––––––––––––––––

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.